UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KARIN L. RIGNACH,
    Movant,

  v.            Case No. 16-cv-24394-GAYLES/WHITE

UNITED STATES OF AMERICA,
    Respondent.
_____/

UNITED STATES OF AMERICA,

  v.            Case No. 14-cr-20401-GAYLES

KARIN L. RIGNACH,
    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report of Magistrate Judge (the "Report") [ECF No. 9], entered on January 11, 2017.

Movant Karin L. Rignach filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody on October 18, 2016 [ECF No. 1]. The matter was referred to Judge White, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pretrial, nondispositive matters, and for a Report and Recommendation on any dispositive matters [ECF No. 3]. The Report recommends that the Movant's Motion be dismissed as time-barred or, in the alternative, denied on the merits and that no certificate of appealability issue. The Movant timely filed Objections to the Report [ECF No. 12].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the

party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). If no objections are filed, or if the objections do not properly address specific findings, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note.

The Court has undertaken the required *de novo* review of the Report, the Movant's Objections, and the record in this case and finds the Movant's Objections to be without merit. The Court agrees with the well-reasoned analysis and recommendations contained the Report regarding the untimeliness and the merits of the Motion, and regarding the issuance of a certificate of appealaiblity.

It is, therefore, **ORDERED AND ADJUDGED** as follows:

(1) the Report of Magistrate Judge [ECF No. 9] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) the Motion to Vacate [ECF No. 1] is **DISMISSED WITH PREJUDICE**; and

(3) no certificate of appealability shall issue.

This action is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of February, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE